IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-00067-WDM-BNB

NATHAN BROWN,

Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

Defendants.
_____

**ORDER**
_____

This matter arises on **Defendant's Motion to Compel Plaintiff to Respond to Discovery** [Doc. # 19, filed 6/23/2011] (the "Motion to Compel"). I held a hearing on the Motion to Compel this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1) The Motion to Compel [Doc. # 19] is GRANTED IN PART and DENIED IN PART as specified on the record;

(2) The plaintiff shall make a supplemental discovery response consistent with the requirements of this Order on or before **August 1, 2011**; and

(3) At the request of the parties, the settlement conference set for August 1, 2011, is VACATED, to be reset at the request of the parties.

Dated July 12, 2011.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge